UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAN FOX, an individual,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>THE CSI COMPANIES, INC., a Florida corporation, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C19-0552-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendants to answer Plaintiff's complaint (Dkt. No. 9). Defendants have since filed answers to Plaintiff's complaint. (*See* Dkt. Nos. 10, 11.) The parties' stipulated motion is DENIED as moot.

DATED this 22nd day of April 2019.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C19-0552-JCC
PAGE - 1