THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAN FOX, an individual, | CASE NO. C19-0552-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE CSI COMPANIES, INC., a Florida corporation, OPTUM360 SERVICES, INC., a Minnesota corporation, and OPTUM360, LLC, a Washington Limited Liability Company, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to file an amended complaint (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Plaintiff shall file her amended complaint no later than seven days from the date this order is issued.

DATED this 19th day of July 2019.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk