THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAN FOX, an individual,<br><br>    Plaintiff,<br><br> v.<br><br>THE CSI COMPANIES, INC., a Florida corporation, *et al.*,<br><br>    Defendants. | CASE NO. C19-0552-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendants Optum 360 Services and Optum360, LLC to answer Plaintiff's amended complaint (Dkt. No. 21). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Defendants Optum 360 Services and Optum360, LLC's answer to Plaintiff's amended complaint shall be filed no later than August 14, 2019.

//

//

//

1      DATED this 5th day of August 2019.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk